ISAAC HELMAN and BERNARD FASSBERG, Respondents, v. FANNIE DUBOWSKY

---

* See Real Prop. Law, § 259; Rules Civ. Prac. rule 107, subd. 8.—[REP.

and ABRAHAM DUBOWSKY, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.